**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LESLEY T. OWENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-601-D |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 13] issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B).  Judge Erwin recommends a dismissal without prejudice of this action based on Plaintiff's failure to comply with prior Orders directing Plaintiff to timely effectuate service on Defendants. *Id.*

Plaintiff has neither filed a timely objection to the Report nor requested additional time to object. However, the record reflects that Plaintiff effectuated service of a summons before his deadline to object to the Report expired. [Doc. Nos. 14, 15]. The summons was directed to and served on a non-party, the Federal Transfer Center in Oklahoma City, Oklahoma. *Id.* Thus, such service did not cure the deficiencies outlined in the Report. Moreover, because Plaintiff did not timely object to the Report, the Court further finds that Plaintiff has waived review of the issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 13] is **ADOPTED** in its entirety. This action is **DISMISSED WITHOUT PREJUDICE** to refiling. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 30th  day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE